In the Matter of ANDREW SCHIRRMEISTER, Individually and as Executor of CHARLES SCHIRRMEISTER, JR., Deceased, Petitioner, against GEORGE M. BRAGALINI et al., Constituting the State Tax Commission, Respondents.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of RHETTA H. LAWTON, Respondent, against ENDICOTT JOHNSON CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of BROOKLYN UNION GAS COMPANY, Petitioner, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent.— Motion for permission to appeal to the Court of Appeals granted, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of ROBERT SWANK, Appellant, against GEORGE MAY COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.